**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**TOMMY JOE CRABB,**                          **PLAINTIFF,**

**VS.**                          **CIVIL ACTION NO. 1:04CV138-P-D**

**ITAWAMBA COUNTY, MISSISSIPPI
and JOHN MARVIN SMITH,**                          **DEFENDANTS.**

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendants' Motion for Summary Judgment [33-1] is **GRANTED IN PART AND DENIED IN PART**; specifically,

(2) The motion is granted as to the plaintiff's § 1983 First Amendment retaliation claim against John Marvin Smith in his individual capacity; thus,

(3) The plaintiff's § 1983 First Amendment retaliation claim against John Marvin Smith is **DISMISSED WITH PREJUDICE**;

(4) As to the plaintiff's remaining claims, the motion is **DENIED**.

**SO ORDERED** this the 11th day of October, A.D., 2005.

                                           /s/ W. Allen Pepper, Jr.
                                           W. ALLEN PEPPER, JR.
                                           UNITED STATES DISTRICT JUDGE